Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET    U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ● NO      **DOCKET NUMBER:** 3:17 cr 31-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs MAGGIE ELIZABETH SANDERS, ET AL.

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** : 3:16-cr-00295-MOC-DCK

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : SUMMONS

FILED
CHARLOTTE, NC
JAN 27 2017
US District Court
Western District of NC

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ● Felony

18 U.S.C. § 1956; 21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(B); 21 U.S.C. § 841(b)(1)(C); 21 U.S.C. § 846

**JUVENILE:**  ◯ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : SANJEEV BHASKER

**VICTIM/WITNESS COORDINATORS:** N/A

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:** Please assign this case with Judge Cogburn, Jr.
This case was originally opened as an indictment under 3:16CR295-MOC-DCK.
US Sanders is also connected with US vs. Delgado-Sanches, Case# 3:16CR229-MOC-DCK

*(Maintain form in the Attorney Work Product folder / purge before archiving )*